IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: Naima Nur Hashim-White    *

                                                          *   Case No. 18-17247

                                                          *

       Debtor(s)    *

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

I, Naima Nur Hashim-White (Debtor's name[2]), state that I did not provide copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by me from any employer because:

    ✔ (1) I was not employed during the period immediately preceding the filing of the above-referenced case March 2018-Current (state the dates that you were not employed);

    ___ (2) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the filing of the petition;

    ___ (3) I am self employed and do not receive any evidence of payment;

    ✔ (4) Other (please explain) Bankruptcy was caused by loss of job.

I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated this 18Th day of June, 2018.

/s/ Naima Nur Hashim-White          (Signature of Debtor)
Debtor

**Local Bankruptcy Form Q**

[2] A separate form must be filed for each Debtor